Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−29634−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria L Venzon
   396 James Wood Court
   New Milford, NJ 07646

Social Security No.:
   xxx−xx−9217

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/1/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 1, 2017
JAN: axg

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-29634-SLM
Maria L Venzon                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1              Date Rcvd: Feb 01, 2017
                                Form ID: 148             Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2017.
db             +Maria L Venzon,    396 James Wood Court,    New Milford, NJ 07646-1463
516446150      +Bergen County Sheriff's Department,    10 Main Street,    Hackensack, NJ 07601-7042
516446151      +Nationstar Motgage,    P.O. Box 630268,    Irving, TX 75063-0268
516446152       Venir Venzon,    396 James Wood Court,    New Milford, NJ 07646-1463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 01 2017 23:00:46       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 01 2017 23:00:41       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: AISACG.COM Feb 01 2017 22:43:00      Capital One Auto Finance,
                 a division of Capital One, NA,    PO Box 165028,    Irving, TX 75016-5028
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 01 2017 22:57:23
                 Capital One Auto Finance,    a division of Capital One, NA,    PO Box 165028,
                 Irving, TX 75016-5028
516612306      +EDI: AISACG.COM Feb 01 2017 22:43:00      Capital One Auto Finance,
                 c/o Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
516612306      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 01 2017 22:57:51
                 Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
516586174       EDI: RESURGENT.COM Feb 01 2017 22:43:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Vion Holdings LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
               as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA5
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Ernest G. Ianetti    on behalf of Debtor Maria L Venzon ianetti.efiling@outlook.com,
               eianetti20@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
                                                                                              TOTAL: 3