| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>MARIE-ANN GREENBERG, MAG-1284<br>MARIE-ANN GREENBERG, Esq.<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004<br>973-227-2840<br>Chapter 13 Standing Trustee |
|---|
| IN RE:<br>MARIA VENZON |

**Order Filed on February 1, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Chapter 13 Case No.: 16-29634

Hearing Date:  12/14/2016

Judge:  STACEY L. MEISEL

## ORDER DISMISSING PETITION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 1, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:  MARIA VENZON

Case No.:  16-29634

Caption of Order:  **ORDER DISMISSING PETITION**

_____

THIS MATTER having come before the Court on the Debtor's Motion to Extend Time, and for good cause shown, it is hereby:

ORDERED AND DIRECTED, that the Debtor's Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are dismissed without prejudice.

Pursuant to 11 U.S.C Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-29634-SLM
Maria L Venzon                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Feb 01, 2017
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2017.
db              +Maria L Venzon,    396 James Wood Court,    New Milford, NJ 07646-1463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
           as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA5
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Ernest G. Ianetti    on behalf of Debtor Maria L Venzon ianetti.efiling@outlook.com,
           eianetti20@gmail.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
                                                                              TOTAL: 3